UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

| | |
|---|---|
| Pay Less Here, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>United States,<br><br>                    Defendant. | **S U M M O N S**<br><br>NO. 24-00152 |

**TO:**   The Attorney General of the United States and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                                            /s/ Maria Toscano
                                                            Clerk of the Court

---

1.   Name and Standing of Plaintiff

   The name of the Plaintiff is Pay Less Here, LLC.  Pay Less Here, LLC is a U.S. importer of merchandise (specifically, Mattresses from Burma) subject to the determination being challenged in this action.  Therefore, Plaintiff is an "interested party" within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Plaintiff also fully participated in the underlying administrative proceeding that led to the determination being challenged.  Accordingly, Plaintiff is a "party to the proceeding" and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.   Brief Description of Contested Determination

   Plaintiff contests the final affirmative determination of critical circumstances by the International Trade Commission (the "Commission") under 19 U.S.C. § 1673d as implemented in the antidumping duty order on Mattresses from Burma (case nos. A-546-001; 731-TA-1631).  *Mattresses From Bosnia and Herzegovina,*

*Bulgaria, Burma, Italy, the Philippines, Poland, Slovenia, and Taiwan: Antidumping Duty Orders*, 89 Fed. Reg. 56,851 (July 11, 2024) (the "Orders").

3.  Date of Determination

    The Commission's determination of affirmative critical circumstances was made on June 28, 2024 and reflected in the Orders published on July 11, 2024. *See* 89 Fed. Reg. 56,851 (July 11, 2024). Plaintiff timely files this summons within thirty (30) days of the antidumping duty order based on the final affirmative determination by the Commission under 19 U.S.C. § 1673d. *See* 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

4.  If applicable, date of publication in Federal Register of notice of contested determination

    The above-referenced Orders were published in the Federal Register on July 11, 2024. *See* 89 Fed. Reg. 56,851 (July 11, 2024).

           Alexander H. Schaefer, Esq.

           Crowell & Moring LLP
           1001 Pennsylvania Avenue, N.W.
           Washington, D.C. 20004-2595
           Tel: (202) 624-2500
           Email: ASchaefer@Crowell.com

           Counsel for Pay Less Here, LLC

*/s/ Alexander Schaefer*

Signature of Plaintiff's Attorney

August 11, 2024

Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-in-Charge
**International Trade Field Office**
National Courts Section
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, NY 10278

Jeanne Davidson, Director
Attorney-in-Charge
Civil Division
**Commercial Litigation Branch**
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

**UPON THE UNITED STATES**
**INTERNATIONAL TRADE COMMISSION:**
Lisa R. Barton
Secretary to the Commission
**U.S. International Trade Commission**
500 E Street SW
Washington, DC 20436

**UPON THE UNITED STATES DEPARTMENT**
**OF COMMERCE:**
Michelle O. McClelland
Assistant General Counsel for Administration
and Transaction, performing the non-exclusive
duties of the General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB

14th and Constitution Avenue,
Washington DC 20230

Robert Heilferty
Chief Counsel for Enforcement and Compliance
Office of the Chief Counsel for Trade
Enforcement and Compliance
**International Trade Administration**
**U.S. Department of Commerce**
1401 Constitution Avenue, NW
Washington, DC 20230

SERVICE TO INTERESTED PARTIES

Pursuant to Rules 3(f), the plaintiff has served the summons to each interested party in the administrative proceeding by certified mail, return receipt requested on this day of August 11, 2024:

| | |
|---|---|
| Yohai Baisburd, Lead Representative<br>Cassidy Levy Kent (USA) LLP<br>900 19th Street, NW<br>Fourth Floor<br>Washington, District of Columbia 20006 | Kelly A. Slater, Lead Representative<br>Appleton Luff Pte. Ltd.<br>1025 Connecticut Avenue, NW<br>Suite 1000<br>Washington, District of Columbia 20036 |
| J. David Park, Lead Representative<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, NW<br>Washington, District of Columbia 20001-3743 | Caitlin Hickey, Lead Representative<br>Delegation of the European Union<br>2175 K Street NW<br>Washington, District of Columbia 20037 |
| Camelia C. Mazard, Lead Representative<br>Doyle, Barlow & Mazard PLLC<br>1776 K Street, NW<br>Suite 200<br>Washington, District of Columbia 20006, | Mrs. Pilar de Carlos, Lead Representative<br>Embassy of Spain<br>Commercial Counselor, Economic and Commercial Office<br>2375 Pennsylvania Avenue, NW<br>Washington, District of Columbia 20037 |
| Antonino Bertoni, Lead Representative<br>Government of Mexico<br>Ministry of Economy of Mexico<br>Pachuca 189, Col. Condesa; C.P. 06140, Cuauhtémoc<br>Mexico City, Mexico<br>antonino.bertoni@economia.gob.mx | Jordan C. Kahn, Lead Representative<br>Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP<br>1201 New York Avenue, NW<br>Suite 650<br>Washington, District of Columbia 20005 |
| Kristin H. Mowry, Lead Representative<br>Mowry & Grimson, PLLC<br>5335 Wisconsin Avenue, NW<br>Suite 810<br>Washington, District of Columbia 20015, | Shawn M. Higgins, Lead Representative<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, District of Columbia 20005 |
| Ms. Namrita Raghuwanshi, Lead Representative<br>TPM Solicitors & Consultants<br>J-209, J Block<br>Saket<br>New Delhi, 110017, India<br>namrita@tpm.in; akg@tpm.in | |